IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MUSTAFA MUSTAFIC,<br><br>    Plaintiff,<br><br>vs.<br><br>PREFERRED CARTAGE SERVICE, Inc.; and JUSTIN BRICE,<br><br>    Defendants,<br><br>PREFERRED CARTAGE SERVICE, Inc.,<br><br>    Counter Claimant/Third-Party Plaintiff,<br><br>vs.<br><br>MUSTAFA MUSTAFIC,<br><br>    Counter Defendant,<br>    and<br><br>R&T TRUCKING, LLC, a Utah Limited Liability Company,<br><br>    Third-Party Defendant. | 8:21CV63<br><br><br><br>**SECOND AMENDED<br>CASE PROGRESSION ORDER** |

    This matter comes before the Court on Preferred Cartage and Brice's Unopposed Motion for a Second Amended Case Progression Order (Filing No. 50).  After review of the motion, the Court finds good cause to grant the requested extensions.  Accordingly,

    **IT IS ORDERED** that Preferred Cartage and Brice's Unopposed Motion for a Second Amended Case Progression Order (Filing No. 50) is granted, and the amended final progression order is amended as follows:

    1)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For Mustafa Mustafic:    **June 14, 2022**
        For Justin Brice and Preferred Cartage Service:    **July 15, 2021**

2)  The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    | | |
    |---|---|
    | For Mustafa Mustafic: | **July 15, 2022** |
    | For Justin Brice and Preferred Cartage Service: | **August 30, 2022** |
    | For rebuttal: | **October 18, 2022** |

3)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **September 30, 2022**.

4)  The planning conference scheduled for July 1, 2022, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 30, 2022**, at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5)  The deadline for filing motions to dismiss and motions for summary judgment is **October 31, 2022**.

6)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **October 31, 2022**.

7)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of March, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.