IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MUSTAFA MUSTAFIC,<br><br>    Plaintiff,<br><br>vs.<br><br>PREFERRED CARTAGE SERVICE, Inc.; and JUSTIN BRICE,<br><br>    Defendants,<br><br>PREFERRED CARTAGE SERVICE, Inc.,<br><br>    Counter Claimant/Third-Party Plaintiff,<br><br>vs.<br><br>MUSTAFA MUSTAFIC,<br><br>    Counter Defendant,<br>  and<br><br>R&T TRUCKING, LLC, a Utah Limited Liability Company,<br><br>    Third-Party Defendant. | 8:21CV63<br><br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **November 15, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge