# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MUSTAFA MUSTAFIC,<br><br>    Plaintiff,<br><br>vs.<br><br>PREFERRED CARTAGE SERVICE, Inc.; and JUSTIN BRICE,<br><br>    Defendants, | 8:21CV63 |
| PREFERRED CARTAGE SERVICE, Inc.,<br><br>    Counter Claimant/Third-Party Plaintiff,<br><br>vs.<br><br>MUSTAFA MUSTAFIC,<br><br>    Counter Defendant,<br>    and<br><br>R&T TRUCKING, LLC, a Utah Limited Liability Company,<br><br>    Third-Party Defendant. | ORDER ON STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Stipulated Motion to Dismiss All Claims, Counterclaims and Third-Party Claims With Prejudice (Filing No. 81), this case is dismissed with prejudice, each party to pay their own costs and complete record waived.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge